```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

LPP MORTGAGE, LTD.,

    Plaintiff,

  vs.                                Civil Action 2:10-CV-929
                                      Judge Smith
                                      Magistrate Judge King

771 POLARIS, LTD., *et al.*,

    Defendants.

## ORDER

    The Court conferred with counsel for the remaining parties on August 17, 2012.

    Counsel report that the parties have agreed to all terms of settlement and that all settlement documents will be fully executed and exchanged no later than August 21, 2012.  The parties expect to submit, for consideration by the undersigned, an agreed order approving the settlement no later than August 22, 2012.


<u>August 17, 2012</u>                                          <u>*s/Norah McCann King*</u>
                                                             Norah M$^{c}$Cann King
                                                United States Magistrate Judge